UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY MAGEE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13148** |
| **JAMES LEBLANC, ET AL.** | **SECTION "J"(4)** |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the Plaintiff's Objections to the Chief Magistrate Judge's Report and Recommendation, hereby approves overrules Plaintiff's Objections and adopts the Report and Recommendation of the Chief United States Magistrate Judge as its opinion in this matter. Therefore,

**IT IS ORDERED** that Donald Ray Magee, Jr.'s 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 3rd day of February, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE